No. 602. NEW YORK EX REL. ROTHENBERG *v.* LAWES, WARDEN. January 16, 1933. Petition for writ of certiorari to the Supreme Court of New York, and motion for leave to proceed further herein *in forma pauperis,* denied. *Mr. Herman Rothenberg, pro se.* No appearance for

respondent.